IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRY BAHAM, STEPHEN TURNER**
**and YOLANDA STUBBS**                                                          **PLAINTIFFS**

V.                                                                                                        CAUSE NO. 18-8881

**TIMMY MOORE, LOVORN & LOVORN**
**TRUCKING, INC., and NATIONAL FIRE**
**& MARINE INSURANCE COMPANY**                                        **DEFENDANTS**

DISTRICT JUDGE: JAY C. ZAINEY
MAGISTRATE: DANA DOUGLAS

### Notice of Service of Discovery Responses

PLEASE TAKE NOTICE that Defendant, Timmy Moore, has this day served the following on all counsel of record:

1)   Responses to Plaintiffs' First Set of Requests for Admission.

The originals are being maintained in our files.

THIS the 8th day of February, 2019.

                                                            Respectfully submitted:

                                                            **BURGLASS & TANKERSLEY, LLC**

                                                            */s/ Joseph J. Valencino, III*
                                                            ANDRÉ C. GAUDIN (20191)
                                                            JOSEPH J. VALENCINO, III (32791)
                                                            5213 Airline Drive
                                                           Metairie, Louisiana 70001-5602
                                                           Direct Dial Phone: (504) 836-0416
                                                           Telefax: (504) 287-0456
                                                           Email: agaudin@burglass.com;
                                                           jvalencino@burglass.com
                                                           *Attorneys for defendants, Timmy Moore,*
                                                           *Lovorn & Lovorn Trucking, Inc. and*
                                                           *National Fire & Marine Insurance*
                                                           *Company*

## CERTIFICATE OF SERVICE

I, Joseph J. Valencino, III, one of the attorneys for defendants Timmy Moore, Lovorn & Lovorn Trucking, Inc. and National Fire & Marine Insurance Company certify that I have this day served a true and correct copy of the above and foregoing Notice of Service of Discovery Responses on the following via the Court's electronic case filing system:

Joshua A. Stein
Pandit Law Firm
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Facsimile: (504) 313-3820

ATTORNEY FOR PLAINTIFFS

THIS the 8th day of February, 2019.

                                                                                                JOSEPH J. VALENCINO, III