IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY BAHAM, STEPHEN TURNER AND YALONDA STUBBS | PLAINTIFFS |
| VERSUS | CAUSE NO. 2:18-cv-08881 |
| TIMMY MOORE, LOVORN & LOVRN TRUCKING, INC., AND NATIONAL FIRE AND MARINE INSURANCE COMPANY | DEFENDANTS |
| | JUDGE JAY C. ZAINEY MAGISTRATE DANA M. DOUGLAS |

## ORDER

THIS DAY this cause came on for hearing on the Unopposed Motion of Defendants to move the discovery deadline from October 21, 2019 to December 31, 2019.

The Court, having considered said Motion and finding that it is unopposed orders as follows:

All discovery shall be completed on or before December 31, 2019.

SO ORDERED AND ADJUDGED this the __17th__ day of __October__, 2019.

New Orleans, Louisiana.

_____
United States District Judge

Prepared and presented by:
Joseph J. Valencino, III
5213 Airline Drive
Metairie, Louisiana 70001-5602
Telephone: (504) 836-0416
Facsimile: (504) 287-0456
email: jvalencino@burglass.com
Attorneys for Defendants Timmy Moore,
National Fire and Marine Insurance Co.

{00988488 - v1}    1