**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERRY BAHAM, STEPHEN TURNER**<br>**AND YALONDA STUBBS** | **PLAINTIFFS** |
| **VERSUS** | **CAUSE NO. 2:18-cv-08881** |
| **TIMMY MOORE, LOVORN & LOVRN**<br>**TRUCKING, INC., AND NATIONAL**<br>**FIRE AND MARINE INSURANCE**<br>**COMPANY** | **DEFENDANTS** |
| | **JUDGE JAY C. ZAINEY**<br>**MAGISTRATE DANA M. DOUGLAS** |

**DEFENDANTS' AMENDED FINAL "WILL CALL" WITNESS LIST**

COME Now Defendants Timmy Moore, Lovorn & Lovorn Trucking, Inc. and National

Fire and Marine Ins. Co., by and through the undersigned counsel, who submit the following

amended final Will Call" Witness List.  Defendants will call the witnesses in the order listed

below.

1) Greg Lovorn
164 Dentontown Road
Calhoun City, Mississippi  38916
Testimony regarding Lovorn & Lovorn Trucking, Inc.'s business operations and
employment of Timmy Moore.

2) Najeeb Thomas, M. D., Neurosurgeon
Southern Brain and Spine, 3798 Veterans
Blvd., Metairie, Louisiana, 70002
Expert testimony regarding his independent medical examinations of all Plaintiffs,
their respective injuries, treatment and medical causation.

3) Dr. James Shoemaker, DC, CCSP
221 W. Judge Perez Dr.
Chalmette, Louisiana, 70043;
Testimony regarding Plaintiff Terry Baham's 2014 motor vehicle accident.

4) Katherine A. Basliere, NP
3300 South Broad Street

{01242065 - v1}                                        1

New Orleans, LA 70125
Testimony regarding Plaintiff Yalonda Stubbs' medical treatment prior to, for and after the subject accident.

5)      Lyssa Barros
        Amanda Temonia
        Katie Ledet
        Billing Records Custodians
        DIS ProEast
        3434 Houma Blvd Suite 100
        Metairie, Louisiana 70006
        Testimony regarding Plaintiffs' billing records and medical bill payments.

6)      Michelle Ecker
        Billing Records Custodian
        Magnolia Physical Therapy
        5606 Jefferson Highway
        Harahan, LA 70123
        Testimony regarding Plaintiffs' billing records and medical bill payments.

7)      Tara Reine
        Billing Records Custodian
        Lonseth Interventional Pain Center
        4213 Teuton Street
        Metairie, LA 70006
        Testimony regarding Plaintiffs' injuries and medical treatment.

8)      Kaitlyn Gates
        Billing Records Custodian
        One Spine Institute, LLC
        3530 Houma Blvd, Ste. 202
        Metairie, Louisiana 70006
        Testimony regarding Plaintiffs' injuries and medical treatment.

9)      Rhonda Dugas
        Billing Records Custodian
        Crescent View Surgery Center
        3434 Houma Blvd. #300
        Metairie, Louisiana  70006

10)     Timmy D. Moore
        36 County Road 121, Unit 4
        Vardaman, Mississippi  38878-9583
        Testimony regarding accident facts.

11)     Wayne Winkler, Accident reconstructionist

{01242065 - v1}                         2

Winkler & Associates, P. O. Box 56101
Metairie, Louisiana, 70055-6101
Expert testimony regarding the subject accident and reconstruction thereof.

Respectfully submitted:

**BURGLASS & TANKERSLEY, LLC**

s/Joseph J. Valencino
ANDRÉ C. GAUDIN (#20191)
JOSEPH J. VALENCINO, III (32791)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Telephone: (504) 836-0416
Facsimile: (504) 287-0456
email:  agaudin@burglass.com
            jvalencino@burglass.com
*Attorneys for Defendants Timmy Moore,*
*Lovorn & Lovorn Trucking, Inc. and*
*National Fire and Marine Insurance Co.*

**CERTIFICATE OF SERVICE**

I, Joseph J. Valencino, III, one of the attorneys for Defendants Timmy Moore, Lovorn &

Lovorn Trucking, Inc. and National Fire and Marine Insurance Company certify that I have this

day served a true and correct copy of the above and foregoing Defendants' Amended Final "Will

Call' Witness List on the following via the Court's ECF system:

Vanessa Motta
3632 Canal Street
New Orleans, LA 70119
email: Vanessa@Mottalaw.com

Counsel for Plaintiffs

THIS the 12th day of October, 2021.

s/Joseph J. Valencino
_____