```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

*************************************************************

TERRY BAHAM, ET AL.

                            Civil Action No. 18-8881
VS.                        Section "A"(3)
                            New Orleans, Louisiana
                            July 9, 2021

TIMMY MOORE, ET AL.

*************************************************************

```
              TRANSCRIPT OF STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE JAY C. ZAINEY
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFFS:        Vanessa Motta
                            Motta Law, LLC
                            3632 Canal Street
                            New Orleans, LA 70119


FOR THE DEFENDANTS:        Andre' Collins Gaudin
                            Joseph J Valencino, III
                            Burglass & Tankersley, L.L.C.
                            5213 Airline Dr.
                            Metairie, LA 70001


Official Court Reporter:   Nichelle N. Wheeler, RPR, CRR
                            500 Poydras Street, B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7775

   Proceedings recorded by mechanical stenography,
transcript produced via computer.

**1** **P R O C E E D I N G S**

04:16:30PM  2        (Call to order of the court.)
04:16:30PM  3        THE COURT:  Mr. Parker, call the docket.
04:16:33PM  4        THE CASE MANAGER:  Civil Action No. 18-8881, *Terry*
04:16:39PM  5   *Baham, et al., v. Timmy Moore, et al.*
04:16:39PM  6        Counsel, make your appearance.
04:16:40PM  7        MS. MOTTA:  Good afternoon, Your Honor, Vanessa Motta
04:16:42PM  8   for the plaintiffs.
04:16:42PM  9        MR. GAUDIN:  André Gaudin and Joe Valencino for the
04:16:47PM 10   defendants, Judge.
04:16:47PM 11        THE COURT:  Good.  Thank you very much.
04:16:48PM 12        And I've ordered and I appreciate, Ms. Motta, the
04:16:50PM 13   11th hour you producing your clients.  I'd like for them to
04:16:54PM 14   come up as well and identify themselves for the record,
04:16:56PM 15   please.
04:16:59PM 16        Why don't you all come up here, please.
04:17:03PM 17        MR. TURNER:  My name's Stephen Turner.
04:17:06PM 18        THE COURT:  All right, Mr. Turner.  Thank you.
04:17:08PM 19        MS. STUBBS:  Yalonda Stubbs.
04:17:11PM 20        THE COURT:  All right, Ms. Stubbs.  Thank you.
04:17:13PM 21        MR. BAHAM:  Terry Baham.
04:17:15PM 22        THE COURT:  I would like for all three of y'all to
04:17:18PM 23   come up here.
04:17:24PM 24        You may -- I didn't mean up here.  I'm sorry.  I mean
04:17:31PM 25   stay at the lectern.  Yeah, just about the podium.  You don't

04:17:32PM  1   have to come all the way up here.  I didn't mean that.
04:17:34PM  2           You may or may not know this, you know, there's been
04:17:36PM  3   a lot of court filings, but let me start off though by saying
04:17:42PM  4   that what we talk about here and any decisions that are being
04:17:45PM  5   made here as it relates to going forward with this case on
04:17:48PM  6   Monday will remain private.  Okay?
04:17:52PM  7           So in other words, we're going to talk about a lot of
04:17:55PM  8   things, and if the decision is made after we talk about it
04:18:01PM  9   that you don't proceed on Monday for whatever reason, because
04:18:07PM 10   we are scheduled to go on Monday, but if you change your mind
04:18:11PM 11   or whatever, it'll never go in front of the jury that you
04:18:15PM 12   changed your mind.  It's that simple.  Okay?
04:18:18PM 13           Now, the trucking company, the insurance company, and
04:18:20PM 14   other defendants in this civil case have alleged, among other
04:18:24PM 15   things, the issue of fraud and whether or not the accident
04:18:26PM 16   was either staged or intentional.  As you may know, there's
04:18:30PM 17   an ongoing federal investigation about staged or intentional
04:18:35PM 18   accidents with 18-wheelers.  What I want you three to know
04:18:38PM 19   and Ms. Motta, of course, knows, I am not suggesting that you
04:18:41PM 20   all and mainly Terry Baham, Stephen Turner, or Yalonda
04:18:48PM 21   Stubbs, have done anything inappropriate or criminal.  I'm
04:18:50PM 22   not suggesting that you have, but you are aware that there's
04:18:56PM 23   a criminal investigation going on I'm assuming because it's
04:18:58PM 24   been on the news.  However, in the interest of justice, I
04:18:59PM 25   have requested the Federal Public Defender's Office to

| | | |
|---|---|---|
| 04:19:03PM | 1 | appoint a criminal defense lawyer to discuss your rights with |
| 04:19:04PM | 2 | you privately and to give you appropriate advice so that you |
| 04:19:08PM | 3 | can make your decision as to whether to proceed with the |
| 04:19:11PM | 4 | trial on Monday.  I think that's very fair.  Okay? |
| 04:19:14PM | 5 | Now, as you know, the defendants in this case have |
| 04:19:20PM | 6 | asked to stay the proceedings because of the ongoing criminal |
| 04:19:23PM | 7 | investigation and I've denied that.  Your lawyer, Ms. Motta, |
| 04:19:28PM | 8 | has been -- she says you all have done absolutely nothing |
| 04:19:32PM | 9 | wrong, y'all have nothing to hide, and she has been adamant |
| 04:19:37PM | 10 | about pursing your rights to proceed in your trial, okay, |
| 04:19:40PM | 11 | because the case is a three-year-old case.  She's ready to go |
| 04:19:44PM | 12 | to trial.  I have no doubt y'all are ready to go to trial and |
| 04:19:47PM | 13 | I have no doubt that the defense lawyers are ready to go |
| 04:19:50PM | 14 | trial.  Okay?  And the Court's ready to go trial.  It's that |
| 04:19:53PM | 15 | simple. |
| 04:19:54PM | 16 | But you do have a number of rights and there is an |
| 04:19:56PM | 17 | ongoing federal investigation going on.  And I find it very |
| 04:20:00PM | 18 | prudent in the interest of justice that Ms. Motta is a civil |
| 04:20:03PM | 19 | lawyer and I wanted you to speak with a criminal lawyer, |
| 04:20:07PM | 20 | which is going to be confidential.  It's not going to cost |
| 04:20:11PM | 21 | you a penny.  Okay? |
| 04:20:13PM | 22 | And I've appointed Ms. Sara Johnson who's in the back |
| 04:20:16PM | 23 | of the court.  And all she's going to do, she's going to give |
| 04:20:20PM | 24 | you advice of a criminal nature.  And then it's going to be |
| 04:20:23PM | 25 | your decision after that if you wish to proceed on Monday |

|  |  |
|---|---|
| 04:20:26PM  1 | with your civil trial or not.  If you all wish to proceed |
| 04:20:29PM  2 | with your civil trial on Monday, we're going forward Monday |
| 04:20:33PM  3 | 8:30 in the morning.  We're going to pick the jury.  We're |
| 04:20:36PM  4 | going to trial.  Okay? |
| 04:20:37PM  5 | If any one of you decides that you don't want to go |
| 04:20:40PM  6 | forward on Monday, then we're going to stay the case and it's |
| 04:20:44PM  7 | not going to go to trial until sometime in the future when |
| 04:20:48PM  8 | this federal investigation is over with.  So, basically, the |
| 04:20:51PM  9 | ball is in the three of yours courts.  If you want to proceed |
| 04:20:54PM 10 | Monday to go to trial or if you choose to not go to trial, |
| 04:20:58PM 11 | it's up to you all, but I wanted you to be able to consult. |
| 04:21:02PM 12 | No doubt you've been consulting and getting great |
| 04:21:03PM 13 | legal advice from Ms. Motta.  Okay.  But she's not a criminal |
| 04:21:06PM 14 | lawyer.  Okay.  So I wanted you to speak with a criminal |
| 04:21:10PM 15 | lawyer since there is an ongoing investigation into these |
| 04:21:13PM 16 | 18-wheeler accidents so that you can ask her any questions |
| 04:21:16PM 17 | that you might have as it relates to any impact that -- or |
| 04:21:24PM 18 | negative impact that might come to you during these |
| 04:21:26PM 19 | proceedings as it relates to your criminal proceedings. |
| 04:21:29PM 20 | Okay? |
| 04:21:29PM 21 | Now, if after speaking with your criminal lawyer, |
| 04:21:33PM 22 | Ms. Johnson, that you would like to stay the case, in other |
| 04:21:37PM 23 | words, just postpone the case, when we finally go to trial in |
| 04:21:41PM 24 | the future, it will never be brought up to a jury that you |
| 04:21:45PM 25 | all chose to stay the case.  So there's not to be any |

```
04:21:50PM   1   implication whatsoever, okay, of anything.  I've already
04:21:54PM   2   prohibited the defense lawyers from trying to make this out
04:21:58PM   3   like you're part of some major conspiracy.  I've already
04:22:03PM   4   prohibited that.  The case is going to rise or fall on this
04:22:07PM   5   case and on this alleged accident.  Okay?
04:22:10PM   6              But there is an ongoing criminal investigation that
04:22:13PM   7   my guess is you're aware of it.  You might not be aware of
04:22:17PM   8   it, but there is an ongoing criminal investigation and that's
04:22:20PM   9   why I've called in Ms. Johnson to represent you today on
04:22:23PM  10   discussing with you your rights from the criminal
04:22:29PM  11   perspective.
04:22:29PM  12              Ms. Johnson, will you come up to the podium, please?
04:22:42PM  13                         (Counsel complies.)
04:22:42PM  14              Thank you.  Can you identify yourself for the record?
04:22:45PM  15              MS. JOHNSON:  Certainly.  Good afternoon, Judge.
04:22:48PM  16   Sara Johnson.
04:22:49PM  17              THE COURT:  Thank you, Ms. Johnson.
04:22:49PM  18              I contacted the Federal Public Defender's Office this
04:22:53PM  19   morning to be quite candid with you all and I said that I
04:22:56PM  20   wanted to have this hearing and I wanted them to appoint a
04:22:56PM  21   very good criminal defense lawyer that could share part of
04:22:56PM  22   her Friday afternoon with us to give you advice.  Again, at
04:23:11PM  23   the end of the day, the decision is completely up to you
04:23:12PM  24   individually.  It's completely up to you as to whether or not
04:23:14PM  25   you wish to proceed.
```

```
04:23:17PM   1        As I said, the insurance company has requested that
04:23:20PM   2   the matter be stayed.  I've denied that, so the ball's
04:23:25PM   3   completely in your park.  So it's entirely up to you as to
04:23:26PM   4   whether or not we'll proceed on the trial on Monday or not.
04:23:29PM   5        Now, what I'm going to do, I'm going to stand in
04:23:31PM   6   recess to give each of you the opportunity to speak to
04:23:35PM   7   Ms. Johnson who is here today.  I'm going to ask that she
04:23:38PM   8   speak with each of you privately and each of you separately.
04:23:40PM   9   Okay.  It's just going to be one on one, Ms. Stubbs,
04:23:46PM  10   Mr. Turner, Mr. Baham, and it'll be individually.  You're
04:23:51PM  11   going to go into the jury room and you'll just have privacy,
04:23:55PM  12   just one at a time with your lawyer, who is Ms. Johnson as it
04:23:59PM  13   relates to criminal thing, the criminal investigation going
04:24:04PM  14   on.
04:24:04PM  15        And then after that, you're going to come back out
04:24:07PM  16   here and I'm going to ask you a very simple -- a couple
04:24:10PM  17   questions; have you had the opportunity to speak with
04:24:12PM  18   Ms. Johnson, and you'll say, yes, because I'm giving you that
04:24:16PM  19   opportunity and you will be speaking with her.  And then,
04:24:18PM  20   number two, do you wish to proceed on Monday or do you not
04:24:21PM  21   wish to proceed on Monday.  Two simple questions.  That's all
04:24:24PM  22   that I'm going to ask you.  And then you tell me if you wish
04:24:27PM  23   to proceed or not.  There's no right or wrong among the three
04:24:32PM  24   of you.  That's why I want you all to do it separately,
04:24:35PM  25   because each of you have your own individual rights, okay?
```

04:24:39PM 1 So I want each of you to speak separately with Ms. Johnson.
04:24:42PM 2      Now, I would ask Ms. Johnson if after speaking with
04:24:47PM 3 you all or with one of you, if she feels that it might be
04:24:52PM 4 appropriate to have individual criminal lawyers to speak with
04:24:55PM 5 you.  She's not representing you in any criminal matter,
04:24:58PM 6 because there is no criminal case against you right now.
04:25:01PM 7 There's been no indictment or anything like that.  Okay?  So
04:25:04PM 8 she's not your criminal lawyer.  She's been appointed by the
04:25:09PM 9 Court to give you criminal law advice, okay, to help you all
04:25:13PM 10 decide individually if you wish to -- to go forward with your
04:25:17PM 11 trial on Monday.  It's that simple.
04:25:19PM 12      So I'm going to ask each of you if you had the
04:25:23PM 13 opportunity to speak with her, did you speak with her, and,
04:25:25PM 14 basically, how you wish to proceed.  If any one of you wish
04:25:30PM 15 to proceed, do not wish to proceed, we're not going to go to
04:25:34PM 16 trial Monday, and when you finally do go to trial, it's never
04:25:39PM 17 ever going to be brought up to the jury that one of you chose
04:25:41PM 18 or all of you chose or whatever to not go to trial on Monday.
04:25:45PM 19 That'll never ever be brought up.  I'm comfortable with that
04:25:48PM 20 because I want to make absolutely sure that you understand,
04:25:51PM 21 you know, the nature of these proceedings, and any possible
04:25:56PM 22 consequences that might -- you know, that might exist out
04:26:01PM 23 there.  And, again, Ms. Johnson can explain all that to you.
04:26:05PM 24      All right.  So the Court is going to go in recess
04:26:10PM 25 right now.  Ms. Motta's going to remain in court with the two

| | | |
|---|---|---|
| 04:26:13PM | 1 | of you and one of you will go in the back and spend as much |
| 04:26:18PM | 2 | time as you want with Ms. Johnson. And then the next |
| 04:26:20PM | 3 | plaintiff will go in and then the next one. So why don't we |
| 04:26:22PM | 4 | go in the following order: Let Terry Baham first since he is |
| 04:26:26PM | 5 | the named plaintiff; then we'll have Stephen Turner go next, |
| 04:26:27PM | 6 | and then Yalonda Stubbs third, okay? So why don't you -- the |
| 04:26:31PM | 7 | two of you with Ms. Motta, why don't you just have a seat, |
| 04:26:36PM | 8 | make yourself comfortable. |
| 04:26:39PM | 9 | Ms. Johnson is acting as an officer of the Court and |
| 04:26:42PM | 10 | she's again a very renowned criminal defense lawyer in this |
| 04:26:50PM | 11 | area and I'm sure around the state, possibly around the |
| 04:26:52PM | 12 | nation, but she is an excellent criminal defense lawyer. |
| 04:26:54PM | 13 | She's had a number of cases with me, she continues to have |
| 04:26:55PM | 14 | cases with me as we speak. And she's going to give you good |
| 04:26:58PM | 15 | legal advice, but it's going to be your decision to make as |
| 04:27:02PM | 16 | to whether or not you wish to proceed on Monday. It's that |
| 04:27:05PM | 17 | simple. |
| 04:27:05PM | 18 | Thank you, Ms. Johnson. |
| 04:27:07PM | 19 | Thank you, Ms. Motta. |
| 04:27:09PM | 20 | THE CASE MANAGER: All rise. |
| 04:27:09PM | 21 | (Recess taken.) |
| 04:56:28PM | 22 | (In open court.) |
| 04:56:29PM | 23 | THE COURT: Thank you. |
| 04:56:31PM | 24 | Mr. Baham, Mr. Turner, and Ms. Stubbs, come to the |
| 04:56:35PM | 25 | microphone, please. |

| | | |
|---|---|---|
| 04:56:37PM | 1 | Obviously, Ms. Motta, you can join them as well. |
| 04:56:41PM | 2 | Let me start with Mr. Baham.  Why don't you come up |
| 04:56:46PM | 3 | first. |
| 04:56:46PM | 4 | (Plaintiff complies.) |
| 04:56:46PM | 5 | All right, sir.  Did you have the opportunity to |
| 04:56:48PM | 6 | speak with Ms. Johnson? |
| 04:56:49PM | 7 | MR. BAHAM:  Yes. |
| 04:56:50PM | 8 | THE COURT:  All right.  And did you have the |
| 04:56:51PM | 9 | opportunity to answer any questions that she had? |
| 04:56:54PM | 10 | MR. BAHAM:  Yes. |
| 04:56:55PM | 11 | THE COURT:  Okay.  And did she give you any advice? |
| 04:56:58PM | 12 | MR. BAHAM:  Yes, she did. |
| 04:56:59PM | 13 | THE COURT:  All right, sir.  Do you wish to proceed |
| 04:57:01PM | 14 | with your trial on Monday or would you like for me to stay |
| 04:57:04PM | 15 | the proceedings? |
| 04:57:04PM | 16 | MR. BAHAM:  Yes, I wish to proceed. |
| 04:57:05PM | 17 | THE COURT:  Say it again. |
| 04:57:05PM | 18 | MR. BAHAM:  Yes, I wish to proceed. |
| 04:57:06PM | 19 | THE COURT:  Proceed with the trial on Monday? |
| 04:57:08PM | 20 | MR. BAHAM:  (Nods head.) |
| 04:57:09PM | 21 | THE COURT:  All right.  And that's your decision and |
| 04:57:10PM | 22 | your decision alone; is that right? |
| 04:57:12PM | 23 | MR. BAHAM:  Yes. |
| 04:57:12PM | 24 | THE COURT:  Thank you, Mr. Baham. |
| 04:57:13PM | 25 | Mr. Turner, did you speak with Ms. Johnson? |

| | | |
|---|---|---|
| 04:57:18PM | 1 | MR. TURNER: Yes, Your Honor. |
| 04:57:19PM | 2 | THE COURT: All right, sir. And you had the |
| 04:57:21PM | 3 | opportunity to answer any questions that she had of you? |
| 04:57:24PM | 4 | MR. TURNER: Yes, Your Honor. |
| 04:57:24PM | 5 | THE COURT: And did she give you any advice? |
| 04:57:28PM | 6 | MR. TURNER: Yes, she did. |
| 04:57:29PM | 7 | THE COURT: All right, sir. And do you wish to |
| 04:57:30PM | 8 | proceed with the trial on Monday or would you like for me to |
| 04:57:30PM | 9 | stay the proceedings? |
| 04:57:30PM | 10 | MR. TURNER: Choose to proceed Monday. |
| 04:57:32PM | 11 | THE COURT: Say it again. |
| 04:57:34PM | 12 | MR. TURNER: Choose to proceed Monday. |
| 04:57:36PM | 13 | THE COURT: You would choose to proceed on Monday. |
| 04:57:36PM | 14 | All right. Thank you, sir. |
| 04:57:36PM | 15 | And, Ms. Stubs, did you speak with Ms. Johnson? |
| 04:57:40PM | 16 | MS. STUBBS: Yes. |
| 04:57:41PM | 17 | THE COURT: Okay. And did you have the opportunity |
| 04:57:43PM | 18 | to answer any questions that she had? |
| 04:57:45PM | 19 | MS. STUBBS: Yes. |
| 04:57:45PM | 20 | THE COURT: And did she give you any advice? |
| 04:57:47PM | 21 | MR. TURNER: Yes. |
| 04:57:48PM | 22 | THE COURT: Do you wish to proceed with your trial on |
| 04:57:50PM | 23 | Monday or would you like for me to stay the proceedings? |
| 04:57:51PM | 24 | MR. TURNER: Yes, I would like to proceed. |
| 04:57:53PM | 25 | THE COURT: Okay. All three plaintiffs have stated |

| | | |
|---|---|---|
| 04:57:56PM | 1 | on the record in open court that they wish to proceed on |
| 04:58:00PM | 2 | Monday after having been given the opportunity to speak with |
| 04:58:03PM | 3 | criminal defense lawyer Sara Johnson. |
| 04:58:06PM | 4 | And, finally, I'll just ask you one last time, |
| 04:58:09PM | 5 | Ms. Motta, the civil lawyer, do you wish to proceed with |
| 04:58:14PM | 6 | trying this case on Monday, July the 12th? |
| 04:58:16PM | 7 | MS. MOTTA: Absolutely, Your Honor. |
| 04:58:17PM | 8 | THE COURT: Great. We will see you all Monday |
| 04:58:20PM | 9 | morning, July 12th, 8:30 a.m. sharp. Thank you very much. |
| 04:58:23PM | 10 | Ms. Johnson, thank you for your service, too. |
| 04:58:23PM | 11 | Appreciate it. |
| 04:58:23PM | 12 | MS. JOHNSON: You're welcome. |
| 04:58:24PM | 13 | THE COURT: Yes. |
| 04:58:24PM | 14 | MS. MOTTA: Your Honor, sorry, one thing. I recently |
| 04:58:28PM | 15 | received a redacted report after the last objections that |
| 04:58:32PM | 16 | were put -- there are two words two times where there is the |
| 04:58:38PM | 17 | word "intentional." |
| 04:58:39PM | 18 | THE COURT: I'm deleting that. I've given that |
| 04:58:41PM | 19 | thought. I was going to issue that. |
| 04:58:41PM | 20 | MR. GAUDIN: Is that a new ruling, Judge, because |
| 04:58:44PM | 21 | that's different than what -- |
| 04:58:44PM | 22 | THE COURT: That's a new ruling. That's a new |
| 04:58:46PM | 23 | ruling. I don't want to blind-side you. It's the 11th hour |
| 04:58:50PM | 24 | -- |
| 04:58:50PM | 25 | MR. GAUDIN: Judge, that is -- |

04:58:53PM 1         THE COURT: I understand that. But he can't say it
04:58:54PM 2 Monday. He can't say it a year from Monday. You can't have
04:58:55PM 3 an expert say what is the state of mind of a particular
04:59:01PM 4 person involved in an accident unless that person witnessed
04:59:05PM 5 the accident himself. I deleted the word "staged" and I
04:59:11PM 6 referred to because of state of mind, but the more I looked
04:59:16PM 7 at it, quite candidly, how can this man opine -- and I've
04:59:24PM 8 known Mr. Winkler for a long time since he was state police.
04:59:25PM 9 I admire him. I respect him. I respect his opinion. He's a
04:59:28PM 10 very good reconstruction expert, but he can't possibly opine
04:59:32PM 11 on whether or not an accident was intentional. He can't do
04:59:36PM 12 it.
04:59:37PM 13         MR. GAUDIN: I disagree respectfully, Judge, and if
04:59:39PM 14 you read Mr. Winkler's report, it very clearly explains the
04:59:43PM 15 fact of the meeting of the two cars, if you accept that to be
04:59:46PM 16 true, cannot be explained without both cars losing control --
04:59:48PM 17         THE COURT: He can say that and he can say that. He
04:59:52PM 18 just can't use the word "intentional." The only thing I'm
04:59:55PM 19 redacting -- I'm overruling your three objections. He can't
04:59:58PM 20 use the word that it "intentionally happened" and he can't
05:00:03PM 21 use the word that it was "staged." But other than that, you
05:00:06PM 22 know, his report speaks for itself and I am allowing him to
05:00:10PM 23 proceed and testify to his report.
05:00:14PM 24         Now, if under cross-examination the door's opened,
05:00:18PM 25 then, obviously, you can certainly go into anything that he

|  |  |
|---|---|
| 05:00:21PM  1 | talks about under cross-examination.  He can't possibly say |
| 05:00:25PM  2 | what was intentional.  Intentional is a state of mind.  He |
| 05:00:29PM  3 | can't read the people's mind.  He wasn't even there.  He can |
| 05:00:33PM  4 | say exactly everything else that he said in his report, as to |
| 05:00:38PM  5 | what he observed, as to what he reconstructed, okay?  But he |
| 05:00:45PM  6 | can't say it was intentional. |
| 05:00:47PM  7 |       MR. GAUDIN:  Judge, he's allowed to say that he can't |
| 05:00:50PM  8 | explain how Mr. Baham kept control in the vehicle in the |
| 05:00:54PM  9 | circumstances that are alleged to have existed out there. |
| 05:00:55PM 10 |       THE COURT:  He can say everything that was in the |
| 05:00:57PM 11 | report except for the three objections that you noted -- |
| 05:01:00PM 12 |       MR. GAUDIN:  Judge, you've crushed the report down |
| 05:01:03PM 13 | and I'm -- use a term I can't explain because that -- he was |
| 05:01:06PM 14 | using more solid terms, more clear terms in his explanation. |
| 05:01:10PM 15 | I'm afraid when we get to trial, Judge, you've now taken so |
| 05:01:13PM 16 | many words out the report the words are all gone and I need |
| 05:01:15PM 17 | to understand what he can testify to, Your Honor. |
| 05:01:17PM 18 |       THE COURT:  He can testify to everything in that |
| 05:01:21PM 19 | report except for those three paragraphs that you objected |
| 05:01:23PM 20 | to. |
| 05:01:23PM 21 |       MR. GAUDIN:  Okay.  As I say, can he say that he |
| 05:01:25PM 22 | cannot explain how the vehicle -- how Mr. Baham kept control |
| 05:01:29PM 23 | of the vehicle in those circumstances -- |
| 05:01:32PM 24 |       THE COURT:  Yeah, I'll let him say that.  Sure.  I'll |
| 05:01:33PM 25 | let him respond to that. |

05:01:33PM  1        MR. GAUDIN:  Judge, may I say, I'm sorry, this
05:01:35PM  2   exercise today has taken -- I would say that trial
05:01:39PM  3   preparation takes all the time that you have.  Is there a
05:01:41PM  4   chance, Judge, we can pick a jury and come back and start the
05:01:44PM  5   evidence or opening and evidence on Tuesday morning?  Would
05:01:47PM  6   that be possible, Judge?
05:01:48PM  7        THE COURT:  Impossible.  I need to be through by
05:01:53PM  8   Thursday.
05:01:53PM  9        MR. GAUDIN:  Oh, my goodness.  Okay.
05:01:53PM 10        THE COURT:  So we plan to work late at night if we
05:01:56PM 11   need be.  I know Ms. Motta might have a conflict with some
05:01:59PM 12   other thing that she's supposed to be doing, a *pro bono* thing
05:02:00PM 13   that she's doing on Tuesday.  I told her, sorry, I'm sorry,
05:02:02PM 14   we have to conclude this trial by Thursday.
05:02:04PM 15        MR. GAUDIN:  Thank you, Judge.
05:02:05PM 16        THE COURT:  Okay?  And if not, we'll have to go into
05:02:08PM 17   the following week.
05:02:09PM 18        MR. GAUDIN:  Understood.
05:02:10PM 19        THE COURT:  All right.  Thank you.  See you Monday
05:02:11PM 20   morning, 8:30 sharp.
05:02:13PM 21        THE CASE MANAGER:  All rise.
           22                          * * * *
           23        (WHEREUPON, the proceedings were adjourned.)
           24                          * * * *
           25

1  REPORTER'S CERTIFICATE

2       I, Nichelle N. Wheeler, RPR, CRR, Official Court Reporter, United States District Court, Eastern District of
3  Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the above-entitled and numbered matter.

5

6                  /s/ Nichelle N. Wheeler
                      Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25