MINUTE ENTRY
ZAINEY, J.
MAY 24, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY BAHAM, et al | CIVIL ACTION |
| VERSUS | NO: 18-8881 |
| TIMMY MOORE, et al | SECTION: A |

**JURY TRIAL**
Day 2

COURT REPORTER: Sandy Minutillo
CASE MANAGER: Cherie Charles, Cherie Stouder, and Wayne Parker
LAW CLERK: Elyce Ieyoub

APPEARANCES:   Vanessa Motta, Counsel for plaintiffs
Andre Gaudin and Joseph Valencino, Counsel for defendants

Trial resumed from Monday, May 23, 2022.
All present and ready at 8:30 a.m.
Plaintiff's witness: Terry Baham, sworn and testified.
Exhibits used in trial: 4, 5, 33, 34, 35, 37, and 38
Exhibits admitted and used in trial: 51 and 52
LUNCH:  11:30 a.m. to 1:00 p.m.
Plaintiff's witness: Tony Giang, MD, sworn and testified.
               Lee Jackson, sworn and testified.
Exhibits used in trial: 6 and 13
Plaintiff's witness: Yolanda Stubbs, sworn and testified.
Exhibits used in trial: 19
Trial adjourned/recessed at 5:05 p.m. to resume Wednesday, May 25, 2022, at 8:00 a.m.

JS-10:7:05