MINUTE ENTRY
ZAINEY, J.
MAY 25, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY BAHAM, et al | CIVIL ACTION |
| VERSUS | NO: 18-8881 |
| TIMMY MOORE, et al | SECTION: A |

## JURY TRIAL
Day 3

COURT REPORTER: Sandy Minutillo
CASE MANAGER: Cherie Charles, Cherie Stouder, and Wayne Parker
LAW CLERK: Elyce Ieyoub

APPEARANCES:    Vanessa Motta, Counsel for plaintiffs
                Andre Gaudin and Joseph Valencino, Counsel for defendants

Trial resumed from Tuesday, May 24, 2022.
All present and ready at 8:17 a.m.
Plaintiffs' witness: Timmy D. Moore, sworn and testified.
Exhibits used in trial: 22 and 25
Plaintiffs' witness: Gregory Lovorn, sworn and testified.
Exhibits used in trial: 27
Plaintiffs' rest.
Defendants' witnesses: Timmy D. Moore, sworn and testified.
                       Najeeb Thomas, sworn and testified as an expert.
Exhibits used in trial: 40 and 47
LUNCH:  12:40 p.m. to 2:00 p.m.
Defendants' witnesses: Katherine A. Basliere, NP, sworn and testified.
                       Timmy D. Moore, previously sworn, testimony resumed.
                       Wayne Winkler, sworn and testified.
Exhibits used in trial: 45
Defendants' rest.  No rebuttal.
Out of the presence of the Jury the plaintiff orally moves for a Rule 50 Judgment as a Matter of Law. – Ordered Denied.
Defendants' orally move for a Rule 50 Judgment as a Matter of Law. – Ordered Denied.
Trial adjourned/recessed at 5:15 p.m. to resume Thursday, May 26, 2022, at 8:00 a.m.

JS-10: 7:38