MINUTE ENTRY
ZAINEY, J.
MAY 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY BAHAM, et al | CIVIL ACTION |
| VERSUS | NO: 18-8881 |
| TIMMY MOORE, et al | SECTION: A |

JURY TRIAL
Day 4

COURT REPORTER: Sandy Minutillo
CASE MANAGER: Cherie Charles, Cherie Stouder, and Wayne Parker
LAW CLERK: Elyce Ieyoub

APPEARANCES:   Vanessa Motta, Counsel for plaintiffs
Andre Gaudin and Joseph Valencino, Counsel for defendants

Trial resumed from Wednesday, May 25, 2022.
All present and ready at 8:30 a.m.
Preliminary matters discussed out of the presence of the jury.
Jurors returned.
Closing argument by counsel.
Jury charged and instructed by the Court.
Court confirmed that counsel certified exhibits for jury deliberation. (certification attached)
Jury retired for deliberation at 10:11 a.m.
Objections to jury instructions by counsel.
Parties offer proffer exhibits.
Jury question sheet received and filed. (attached)
Jury returned from deliberation at 4:05 p.m.
Verdict published and filed.
On the defendants' motion, jury was polled, and all answered in the affirmative.
Judgment to be entered.
Jury excused and thanked by Court.
Trial concluded 4:18 p.m.

JS-10:1:54