

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY BAHAM, STEPHEN TURNER, & YALONDA STUBBS | CIVIL ACTION |
| VERSUS | NO. 18-8881 |
| TIMMY MOORE, LOVORN & LOVORN TRUCKING, INC., & NATIONAL FIRE AND MARINE INSURANCE COMPANY | JUDGE JAY C. ZAINEY<br>MAGISTRATE JUDGE DANA M. DOUGLAS |

## VERDICT FORM

**QUESTION NO. 1**: Do you find, by a preponderance of the evidence, that Timmy Moore was negligent in causing or contributing to the accident of September 27, 2017?

YES: ✓    NO: _____

*If your answer to Question No. 1 is "Yes," proceed to Question No. 2.*

*If your answer to Question No. 1 is "No," answer no further questions, have the Foreperson sign the verdict form, and inform the Court Security Officer that you have reached a verdict.*

**QUESTION NO. 2**: Do you find, by a preponderance of the evidence, that Terry Baham was negligent in causing or contributing to the accident of September 27, 2017?

YES: _____    NO: ✓

*If your answer to Question No. 2 is "Yes," proceed to Question No. 3.*

*If your answer to Question No. 2 is "No," skip Question No. 3 and proceed to Question No. 4.*

**QUESTION NO. 3**: Using 100 percent as the total, and considering the nature of the conduct and the extent to which each party's conduct caused or contributed to the accident of September 27, 2017, enter the percentage of fault attributable to:

|  |  |  |
|---|---|---|
| Timmy Moore | _____ % |  |
| Terry Baham | _____ % |  |
| Total | 100% |  |

*Proceed to Question No. 4.*

**QUESTION NO. 4**: Was the accident of September 27, 2017, the cause of damages to Terry Baham?

YES: ✓    NO: \_\_\_\_\_

*If your answer to Question No. 4 is "Yes," proceed to Question No. 5.*
*If your answer to Question No. 4 is "No," skip Question No. 5 and proceed to Question No. 6.*

**QUESTION NO. 5**: What is the total amount, in dollars and cents, of Terry Baham's damages resulting from the accident of September 27, 2017? Do not make any adjustments for Terry Baham's fault, if any. The Court will perform any necessary calculations.

| | |
|---|---|
| Past Medical Expenses | $ 40,000.00 |
| Future Medical Expenses | $ 0 |
| Past and Present Physical Pain & Suffering | $ 85,000.00 |
| Future Physical Pain & Suffering | $ 0 |

2

Past and Present Mental Pain & Anguish        $ 0

Future Mental Pain & Anguish        $ 0

Disability        $ 0

Loss of Enjoyment of Life        $ 0

*Proceed to Question No. 6.*

**QUESTION NO. 6**: Was the accident of September 27, 2017, the cause of damages to Stephen Turner?

YES: ✓    NO: ____

*If your answer to Question No. 6 is "Yes," proceed to Question No. 7.*

*If your answer to Question No. 6 is "No," skip Question No. 7 and proceed to Question No. 8.*

**QUESTION NO. 7**: What is the total amount, in dollars and cents, of Stephen Turner's damages resulting from the accident of September 27, 2017? Do not make any adjustments for Terry Baham's fault, if any. The Court will perform any necessary calculations.

Past Medical Expenses        $ 18,000.00

Future Medical Expenses        $ 0

Past and Present Physical Pain & Suffering        $ 20,000.00

Future Physical Pain & Suffering        $ 0

3

Past and Present Mental Pain & Anguish        $ 80,000.00

Future Mental Pain & Anguish                  $ 0

Disability                                    $ 0

Loss of Enjoyment of Life                     $ 0

*Proceed to Question No. 8.*

**QUESTION NO. 8**: Was the accident of September 27, 2017, the cause of damages to Yalonda Stubbs?

YES: ✓    NO: ____

*If your answer to Question No. 8 is "Yes," proceed to Question No. 9.*

*If your answer to Question No. 8 is "No," answer no further questions, have the Foreperson sign the verdict form, and inform the Court Security Officer that you have reached a verdict.*

**QUESTION NO. 9**: What is the total amount, in dollars and cents, of Yalonda Stubbs's damages resulting from the accident of September 27, 2017? Do not make any adjustments for Terry Baham's fault, if any. The Court will perform any necessary calculations.

Past Medical Expenses                         $ 320,000.00

Future Medical Expenses                       $ 160,000.00

Past and Present Physical Pain & Suffering    $ 160,000.00

4

Future Physical Pain & Suffering      $ 80,000.00

Past and Present Mental Pain & Anguish    $ 100,000.00

Future Mental Pain & Anguish      $ 50,000.00

Disability          $ 0

Loss of Enjoyment of Life        $ 50,000.00

*Your verdict must be unanimous. Please sign and date this form and notify the Court Security Officer that you have reached a verdict.*

5/26/2022
DATE


JURY FOREPERSON